# EXHIBIT B

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

———————————————————————————x

**WYKEYA WILLIAMS and LAMONT**    :   **CIVIL ACTION NO.: 1:20-cv-001176**
**WILBERT HANNAH, individually and in**  :
**their own right, and as Parents and Natural**  :
**Guardians on behalf of L.H. (a Minor Son) and** :
**L.H. (a Minor Daughter),**       :   **ANSWER**

          Plaintiffs,     :

    v.             :

**FIRST STUDENT, INC.,**        :

          Defendant.   :

———————————————————————————x

Defendant First Student, Inc. ("First Student"), by way of Answer to plaintiffs' Complaint, says:

## THE PARTIES

1. First Student lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1.

2. First Student lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2.

3. First Student lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3.

4. First Student avers that Paragraph 4 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 4 is directed toward First Student, First Student admits the allegations contained in Paragraph 4.

1

5.      First Student avers that Paragraph 5 and its subparts (a) through (e) are directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 5 and its subparts (a) through (e) are directed toward First Student, First Student denies the allegations contained in Paragraph 5 and its subparts (a) through (e) and refers the Court to the Eastern District of Pennsylvania's January 21, 2020 Order, finding that it lacked personal jurisdiction over First Student and transferring the claims against First Student to this Court.

6.      First Student avers that Paragraph 6 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 6 is directed toward First Student, First Student admits the allegations contained in Paragraph 6.

7.      First Student avers that Paragraph 7 is directed solely toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18) to which no response is required.

8.      First Student avers that Paragraph 8 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 8 is directed toward First Student, First Student admits the allegations contained in Paragraph 8.

9.      First Student avers that Paragraph 9 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 9 is directed toward First Student, First Student denies the allegations contained in Paragraph 9, except admits that on October 26, 2017, the driver of the First Student bus was an employee of First Student.

2

4829-5714-6036v.1

## **FACTUAL BACKGROUND**

10.     First Student avers that Paragraph 10 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 10 is directed toward First Student, First Student admits the allegations contained in Paragraph 10.

11.     First Student avers that Paragraph 11 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 11 is directed toward First Student, First Student lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11.

12.     First Student avers that Paragraph 12 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 12 is directed toward First Student, First Student lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12.

13.     First Student avers that Paragraph 13 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 13 is directed toward First Student, First Student denies the allegations contained in Paragraph 13.

14.     First Student lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14.

15.     First Student lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15.

16.     First Student denies the allegations contained in Paragraph 16.

3

17.     First Student lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17.

18.     First Student avers that Paragraph 18 contains conclusions of law to which no response is required. To the extent a response is required, First Student denies the allegations contained in Paragraph 18.

19.     First Student lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19.

## COUNT I

### NEGLIGENCE AGAINST THE FIRST DEFENDANTS

20.     First Student repeats and realleges its answers to the allegations contained in Paragraphs 1 through 19 as though set forth at length herein.

21.     First Student avers that Paragraph 21 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 21 is directed toward First Student, First Student lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21, except admits that on October 26, 2017, the driver of the First Student bus was an employee of First Student.

22.     First Student avers that Paragraph 22 and its subparts (a) through (q) are directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 22 and its subparts (a) through (q) are directed toward First Student, First Student denies the allegations contained in Paragraph 22 and its subparts (a) through (q).

23.     First Student avers that Paragraph 23 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the

4

extent Paragraph 23 is directed toward First Student, First Student denies the allegations contained in Paragraph 23, except admits that at times, there is potential danger when children and/or students disembark from a school bus.

24.     First Student avers that Paragraph 24 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 24 is directed toward First Student, First Student denies the allegations contained in Paragraph 24.

25.     First Student avers that Paragraph 25 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 25 is directed toward First Student, First Student denies the allegations contained in Paragraph 25.

26.     First Student avers that Paragraph 26 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 26 is directed toward First Student, First Student denies the allegations contained in Paragraph 26.

27.     First Student avers that Paragraph 27 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 27 is directed toward First Student, First Student denies the allegations contained in Paragraph 27.

28.     First Student avers that Paragraph 28 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 28 is directed toward First Student, First Student denies the allegations contained in Paragraph 28.

5

4829-5714-6036v.1

29.     First Student avers that Paragraph 29 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 29 is directed toward First Student, First Student denies the allegations contained in Paragraph 29.

30.     First Student avers that Paragraph 30 contains conclusions of law to which no response is required.  To the extent a response is required, First Student denies the allegations contained in Paragraph 30.

31.     First Student avers that Paragraph 31 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 31 is directed toward First Student, First Student denies the allegations contained in Paragraph 31.

32.     First Student avers that Paragraph 32 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 32 is directed toward First Student, First Student denies the allegations contained in Paragraph 32.

**WHEREFORE** First Student demands judgment against plaintiffs, dismissing the Complaint and awarding attorneys' fees, interest, costs of suit, and such other relief as the Court deems just and proper.

## COUNT II

## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS AGAINST FIRST DEFENDANTS

33.     First Student repeats and realleges its answers to the allegations contained in Paragraphs 1 through 32 as though set forth at length herein.

6

4829-5714-6036v 1

34.     First Student avers that Paragraph 34 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 34 is directed toward First Student, First Student denies the allegations contained in Paragraph 34.

35.     First Student denies the allegations contained in Paragraph 35.

36.     First Student avers that Paragraph 36 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 36 is directed toward First Student, First Student denies the allegations contained in Paragraph 36.

37.     First Student avers that Paragraph 37 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 37 is directed toward First Student, First Student denies the allegations contained in Paragraph 37.

**WHEREFORE** First Student demands judgment against plaintiffs, dismissing the Complaint and awarding attorneys' fees, interest, costs of suit, and such other relief as the Court deems just and proper.

## COUNT III

### NEGLIGENT HIRING, TRAINING AND SUPERVISION AGAINST THE FIRST DEFENDANTS

38.     First Student repeats and realleges its answers to the allegations contained in Paragraphs 1 through 37 as though set forth at length herein.

39.     First Student avers that Paragraph 39 and its subparts (a) through (l) are directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020

7

Order (Doc. No. 18). To the extent Paragraph 39 and its subparts (a) through (l) are directed toward First Student, First Student denies the allegations contained in Paragraph 39 and its subparts (a) through (l).

40. First Student avers that Paragraph 40 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 40 is directed toward First Student, First Student denies the allegations contained in Paragraph 40, except admits that at times, there is potential danger when children and/or students disembark from a school bus.

41. First Student avers that Paragraph 41 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 41 is directed toward First Student, First Student denies the allegations contained in Paragraph 41.

42. First Student avers that Paragraph 42 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 42 is directed toward First Student, First Student denies the allegations contained in Paragraph 42.

43. First Student avers that Paragraph 43 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 43 is directed toward First Student, First Student denies the allegations contained in Paragraph 43.

44. First Student avers that Paragraph 44 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the

8

extent Paragraph 44 is directed toward First Student, First Student denies the allegations contained in Paragraph 44.

45.     First Student avers that Paragraph 45 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 45 is directed toward First Student, First Student denies the allegations contained in Paragraph 45.

46.     First Student avers that Paragraph 46 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 46 is directed toward First Student, First Student denies the allegations contained in Paragraph 46.

47.     First Student avers that Paragraph 47 contains conclusions of law to which no response is required. To the extent a response is required, First Student denies the allegations contained in Paragraph 47.

48.     First Student avers that Paragraph 48 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 48 is directed toward First Student, First Student denies the allegations contained in Paragraph 48.

49.     First Student avers that Paragraph 49 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 49 is directed toward First Student, First Student denies the allegations contained in Paragraph 49.

9

**WHEREFORE** First Student demands judgment against plaintiffs, dismissing the Complaint and awarding attorneys' fees, interest, costs of suit, and such other relief as the Court deems just and proper.

## COUNT IV

## PUNITIVE DAMAGES

50.      First Student repeats and realleges its answers to the allegations contained in Paragraphs 1 through 49 as though set forth at length herein.

51.      First Student avers that Paragraph 51 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 51 is directed toward First Student, First Student denies the allegations contained in Paragraph 51.

52.      First Student avers that Paragraph 52 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 52 is directed toward First Student, First Student denies the allegations contained in Paragraph 52.

53.      First Student avers that Paragraph 53 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the extent Paragraph 53 is directed toward First Student, First Student denies the allegations contained in Paragraph 53.

54.      First Student lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54.

55.      First Student avers that Paragraph 55 is directed toward defendants previously dismissed by the Eastern District of Pennsylvania's January 21, 2020 Order (Doc. No. 18). To the

10

4829-5714-6036v 1

extent Paragraph 55 is directed toward First Student, First Student denies the allegations contained in Paragraph 55.

**WHEREFORE** First Student demands judgment against plaintiffs, dismissing the Complaint and awarding attorneys' fees, interest, costs of suit, and such other relief as the Court deems just and proper.

## COUNT V

### LOSS OF AFFECTION AND SERVICES OF MINOR CHILDREN
### Plaintiffs, Wykeya Williams and Lamont Wilbert Hannah v. First Defendants

56.     First Student repeats and realleges its answers to the allegations contained in Paragraphs 1 through 55 as though set forth at length herein.

57.     First Student lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57.

58.     First Student denies the allegations contained in Paragraph 58.

**WHEREFORE** First Student demands judgment against plaintiffs, dismissing the Complaint and awarding attorneys' fees, interest, costs of suit, and such other relief as the Court deems just and proper.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Any damages, losses, or injuries sustained by plaintiffs were caused by the acts and/or omissions of persons or entities other than First Student and over whom First Student exercised no control.

4829-5714-6036v.1

## SECOND AFFIRMATIVE DEFENSE

Any claims that plaintiffs may have against First Student are barred, or alternatively, must

be reduced by virtue of the doctrines of comparative negligence and/or contributory negligence.

## THIRD AFFIRMATIVE DEFENSE

Plaintiffs failed to mitigate their damages.

## FOURTH AFFIRMATIVE DEFENSE

Any injuries suffered by plaintiffs were caused solely by their own negligence and not by

any negligence of First Student.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' alleged damages must be reduced by the collateral source rule.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' alleged injuries and damages were due to, and proximately caused by, a pre-

existing, intervening, or superseding injury, illness, condition, or other cause.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' alleged injuries and damages were the result of natural processes and/or pre-

existing conditions and would have occurred just as they did irrespective of First Student's actions

or conduct.

## NINTH AFFIRMATIVE DEFENSE

Some or all of plaintiffs' claims are preempted and/or precluded by federal law.

12

4829-5714-6036v.1

## TENTH AFFIRMATIVE DEFENSE

Any claims which plaintiffs may have against First Student are barred by the doctrines of collateral and/or judicial estoppel, issue preclusion, and res judicata.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' Complaint is barred in whole or part by the entire controversy doctrine.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiffs' damages must be reduced pursuant to the Patient Protection Affordable Care Act, 42 U.S.C. § 18001, et seq.

## THIRTEENTH AFFIRMATIVE DEFENSE

McGough Bus Company, Inc. must be joined as a required, indispensable, and necessary party to this litigation.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiffs executed a waiver and releasee and/or otherwise agreed to release and waived their rights to some or all of their claims related to this matter.

## FIFTEENTH AFFIRMATIVE DEFENSE

First Student reserves all rights to add additional affirmative defenses which may be ascertained during the course of discovery in this action.

**WHEREFORE** First Student demands judgment against plaintiffs, dismissing the Complaint and awarding attorneys' fees, interest, costs of suit, and such other relief as the Court deems just and proper.

## DEMAND FOR STATEMENT OF DAMAGES

Pursuant to Local Rule 8.1, First Student demands a statement of the amount of damages claimed within fourteen (14) days of the date hereof.

13

## JURY DEMAND

First Student hereby demands a trial by jury of all issues so triable.

LANDMAN CORSI BALLAINE & FORD P.C.
Attorneys for Defendant First Student, Inc.

By:

Diane J. Ruccia, Esq.

Dated: February 10, 2020

14

## CERTIFICATION PURSUANT TO LOCAL RULE 11.2

I hereby certify that the matter in controversy in this action is not now known to me to be

the subject of any other action pending in any court or of any pending arbitration or administrative

proceeding.

By: _____

Diane J. Ruccia, Esq.
LANDMAN CORSI BALLAINE & FORD P.C.
One Gateway Center, 4th Floor
Newark, NJ 07102

Dated: February 10, 2020

## **AFFIDAVIT OF SERVICE**

I, Diane J. Ruccia, being over 18 years of age and not a party to the action, depose and say the following:

1.     I am a member of the firm Landman Corsi Ballaine & Ford P.C., attorneys for First Student, Inc. ("First Student").

2.     On February 10, 2020, I originally filed a copy of First Student's Answer and Affirmative Defenses with the Clerk of the Court and served a copy on counsel for plaintiffs by e-filing.

3.     On February 26, 2020, and with permission of the Court, I filed a copy of First Student's Answer and Affirmative Defenses with the Clerk of the Court and served a copy on counsel for plaintiffs by e-filing and regular mail, without the extraneous document from an unrelated matter that was inadvertently included with First Student's original Answer and Affirmative Defenses.

LANDMAN CORSI BALLAINE & FORD P.C.
Attorneys for Defendants First Student, Inc.
One Gateway Center, 4th Floor
Newark, NJ 07102

By: _____

Diane J. Ruccia, Esq.

Dated: February 26, 2020