THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **WYKEYA WILLIAMS et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**FIRST STUDENT, INC. et al.,**<br><br>Defendants. | Civil No. 20-1176 (CPO/SAK) |

## AMENDED SCHEDULING ORDER

This Amended Scheduling Order confirms the directives given to counsel at the status conference held pursuant to Rule 16, Federal Rules of Civil Procedure on **September 29, 2022**; and the Court noting the following appearances: **Joseph J. Urban, Esquire** and **Nathan Koneru, Esquire**, appearing on behalf of Plaintiffs; and **Diane J. Ruccia, Esquire**, **Charles W. Mondora, Esquire**, **Lauren McGovern, Esquire**, and **Alexander Marcus, Esquire**, appearing on behalf of Defendant First Student, Inc.; and for good cause shown;

**IT IS** this **3rd** day of **October**, **2022**, hereby **ORDERED:**

1. By **October 6, 2022**, the parties shall meet and confer with regard to the issues raised in Section III of Defendant's September 15, 2022 letter [ECF No. 222]. All unresolved issues shall be submitted to the Court *via* a joint letter by **October 11, 2022**.

2. Plaintiffs are granted leave to file a motion to compel the production of Adam Cybanksi's draft expert report by **October 7, 2022**. Opposition to the motion shall be served in a timely fashion.

3. **Expert Discovery.** Depositions of proposed expert witnesses shall be completed by **December 15, 2022**.

4. **Dispositive Motions.** Dispositive motions shall be filed with the Clerk of the Court no later than **January 31, 2023**. Opposition to the motion shall be served in a timely fashion. Counsel are to follow Local Civil Rules 7.1, 7.2, 56.1 and 78.1, *Motion Practice (generally)*. This Order is subject to the Individual Rules and Procedures (if any) of the presiding District Judge.

5. The Court will conduct a telephone status conference on **December 7, 2022 at 10:30 a.m.** Counsel shall dial **1-888-278-0296, Access Code 2961061#** to connect to the call. Any discovery dispute shall be brought to the Court's attention at least fourteen (14) calendar days

prior to the scheduled conference and in accordance with the Court's discovery application procedures. All outstanding discovery issues not raised shall be deemed waived.

      6.    Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel consent to the application. The scheduling deadlines set herein will not be extended unless good cause is shown. All applications regarding motions returnable before a District Judge shall be presented to the District Judge.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                            s/ Sharon A. King
                                            SHARON A. KING
                                            United States Magistrate Judge

cc:  Hon. Christine P. O'Hearn, U.S.D.J.