**[ECF Nos. 280, 281]**

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|  |  |
|---|---|
| **WYKEYA WILLIAMS et al.,** | |
| **Plaintiffs,** | |
| **v.** | **Civil No. 20-1176 (CPO/SAK)** |
| **FIRST STUDENT INC. et al.,** | |
| **Defendants.** | |

## <u>ORDER</u>

This matter having come before the Court on Plaintiffs' First Motion for Sanctions, First Motion for Default Judgment as to For False Statements in Discovery [ECF No. 280] and Plaintiffs' First Motion for Sanctions for Spoliation of Video Evidence [ECF No. 281]; and the Court having considered the parties' submissions; and the Court exercising its discretion to decide the motions without oral argument. *See* Fed. R. Civ. P. 78; L. Civ. R. 78.1; and for the reasons stated in the Court's forthcoming Opinion; and accordingly,

**IT IS HEREBY ORDERED** this **31st** day of **January**, **2024**, that Plaintiffs' First Motion for Sanctions, First Motion for Default Judgment as to For False Statements in Discovery [ECF No. 280] is **DENIED**; and it is further

**ORDERED** that Plaintiffs' First Motion for Sanctions for Spoliation of Video Evidence [ECF No. 281] is **DENIED**.

The appropriate Opinions are forthcoming from the Court.

s/ Sharon A. King
SHARON A. KING
United States Magistrate Judge

cc:  Hon. Christine P. O'Hearn, U.S.D.J.